Criminal Memo to the Docket Clerk
---------------------------------------------------X
                                         *
                                         *
UNITED STATES of AMERICA   *   2007 CRIM. 00789 - 01 (RJH)
                                         *
- VS -                                   *   DATE : 10 / 25 / 07
                                         *
CARLOS HADDOCK             *   HON: RICHARD J. HOLWELL
                                         *        U.S.D.J.
*************************X
****************************************************************************

( 1. ) FOR THE GOVERNMENT :          ( 1. ) FOR THE DEFENDANT : HADDOCK
**Chi T. Steven Kwok**                **John Burnes**
Asst. U. S. Attorney                  Federal defenders Unit
One St. Andrews Plaza                 52 Duane Street
New York, N.Y. 10007                  New York, N.Y. 10007
Tel: ( 212 637- 2415 )                Tel: ( 212 417- 8700 )
Fax: ( 212 637- 0000 )                Fax; ( )

( 1. ) FOR THE DEFENDANT : HADDOCK
**Jeremy Schneider**
Law Office of Jeremry Schneider
100 Lafeyette Street                  USDC SDNY
New York, N.Y. 10013                  DOCUMENT
Tel; ( 212 571- 5500 )                ELECTRONICALLY FILED
Fax; ( 212 571- 5507 )                DOC #: _____
                                      DATE FILED: 11/01/07

****************************************************************************
10 / 25 / 07              SUBSTITUTION OF COUNSEL

The Court Orders the substitution of new counsel in the above case.

Present retained counsel John Burns is relieved, and New CJA counsel Jeremry Schneider is appointed as new counsel for the defendant.

SO ORDERED :
New York, New York                    _____
October 25, 2007                      Richard J. Holwell U.S.D.J.